IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Huang, Xiao Ping | Case Number:  08 B 16363 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  10/7/08 | Filed:  6/25/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  August 26, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 850.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 794.75 |
| Trustee Fee: | | 55.25 |
| Other Funds: | | 0.00 |
| Totals: | 850.00 | 850.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 794.75 |
| 2. | National Capital Management | Unsecured | 4,937.40 | 0.00 |
| 3. | US Bank | Unsecured | 9,324.50 | 0.00 |
| 4. | PRA Receivables Management | Unsecured | 6,523.76 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 11,766.29 | 0.00 |
| 6. | Cook County Treasurer | Secured | | No Claim Filed |
| 7. | Pacific Global Bank | Secured | | No Claim Filed |
| 8. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 9. | DSNB | Unsecured | | No Claim Filed |
| 10. | Target National Bank | Unsecured | | No Claim Filed |
| 11. | Unifund CCR Partners | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 35,051.95 | $ 794.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 55.25 |
| | _____ |
| | $ 55.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Huang, Xiao Ping

Printed:  10/7/08

Case Number:  08 B 16363
Judge:  Goldgar, A. Benjamin
Filed:  6/25/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: